# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3055

_____

United States of America,                         *
                                                  *
                Appellee,                          *
                                                  *   Appeal from the United States
        v.                                        *   District Court for the
                                                  *   Western District of Missouri.
Terry E. Savage-El,                               *        [UNPUBLISHED]
                                                  *
                Appellant.                         *

_____

Submitted: December 29, 1998

Filed: January 4, 1999

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Terry E. Savage-El appeals the district court's[1] denial of his motion for return of money the government had withdrawn from his prison account to satisfy a fine. We conclude that denial of the motion was not erroneous, and we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.